UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LIBERTARIAN PARTY OF VIRGINIA, )<br>ROBERT C. SARVIS, WILLIAM HAMMER )<br>JEFFREY CARSON, JAMES CARR )<br>MARC HARROLD, WILLIAM REDPATH, )<br>WILLIAM CARR, PAUL F. JONES and )<br>BO C. BROWN, )<br>                                              )<br>                    Plaintiffs,         )<br>                                              )<br>v.                                          )<br>                                              )<br>CHARLES E. JUDD, DONALD PALMER )<br>and KIMBERLY T. BOWERS, in their individual )<br>and official capacities as members of the Virginia )<br>State Board of Elections,              )<br>                                              )<br>                    Defendants.       ) | Civil Action No. 3:14CV479 |

**PLAINTIFFS' NOTICE OF IDENTIFICATION OF EXPERTS**

COME NOW the Plaintiffs and file, pursuant to the Agreed Scheduling Order, the identity of their expected experts and the subjects on which they will testify, and in support thereof states as follows:

1) John Krosnick, PhD.

   Office Address     434 McClatchy Hall
                      Stanford University
                      450 Serra Mall
                      Stanford, California 94305
                      (650) 725-3031

        Websites:   http://communication.stanford.edu/faculty/krosnick.html
                    http://www.stanford.edu/group/polisci/faculty/krosnick.html
                    http://woods.stanford.edu/research/surveys.html

   Education   A.B., Harvard University (in Psychology, Magna Cum Laude), 1980.

               M.A., University of Michigan (in Social Psychology, with Honors), 1983.

               Ph.D., University of Michigan (in Social Psychology), 1986.

Dr. Krosnick is expected to testify on the pscychological effects that ballot positioning has on the minds of voters and the ultimate effect that has on total votes received depending on where on the ballot a candidate is placed.

2) William Redpath, Party Plaintiff to this action;

Mr. Redpath is expected to testify, based on his training and experience as the President of the Virginia Libertarian Party as to the effects that ballot placement has on total votes received.  He is also expected to testify on the difficulty third parties have in obtaining statewide signatures and meeting the requirements called for by the statutes in question.

**ROBERT SARVIS, ET AL**

/s/David P. Morgan

David P. Morgan, VSB #70211
Marcari, Russotto, Spencer & Balaban, PC
1 Park West Circle, Suite 101
Midlothian, VA  23114
(804)307-6584
dmorgan@cravensnoll.com

Attorney for Plaintiffs
Participating Attorney for
THE RUTHERFORD INSTITUTE

**CERTIFICATION**

I certify that I caused to be delivered a copy of this Notice of Identification of Experts on October 8, 2014 by this Courts ECF/NEF system.

/s/David P. Morgan